UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY DONSKOY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>  Defendant. | Case No. 25-cv-00032-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to *Donskoy v. USCIS*, No. 3:21-cv-4757-CRB.

**IT IS SO ORDERED.**

Dated: March 18, 2025



WILLIAM H. ORRICK
United States District Judge